**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 20-16125

**UNITED STATES OF AMERICA** ] **Magistrate Case No. 9280766 (Class A)**

v.

**TYLER J. SPINKS**

**Offense on a Federal Reservation**

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Sarah E. Luciano, Esq.,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **6th day of August 2020**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**TYLER J. SPINKS** did commit:

Possession of a Firearm on a Federal Facility in violation of 18 USC 930.

The name of the Complainant is **Sarah E. Luciano, Esq.**

**SARAH E. LUCIANO, Esq.**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 15TH DAY OF OCTOBER 2020.**

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

10/15/20 NK